**Michael FLEMONS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65184.**

Missouri Court of Appeals, Western District.

May 16, 2006.

Ruth Sanders, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ULRICH, P.J., BRECKENRIDGE and SMART, JJ.

### *ORDER*

PER CURIAM.

Michael Flemons appeals the denial, following an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).